SEALED BC

AO 91 (Rev. 5/85) Criminal Complaint

U. S. DISTRICT COURT
Eastern District of Louisiana

# United States District Court

EASTERN DISTRICT OF LOUISIANA

FILED FEB 22 2008

LORETTA G. WHYTE
Clerk

UNITED STATES OF AMERICA

v.

**MARK JOHNSON**
**ANOTCHE WIX**

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 08-46 MAG

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about FEBRUARY 14, 2008 in ORLEANS PARISH, in the EASTERN District of LOUISIANA defendant(s) did, (Track Statutory Language of Offense)

by force, violence and intimidation, take and attempt to take, from the person or presence of First Bank and Trust, 4550 General DeGaulle Drive, New Orleans, Louisiana, United States currency which was in the in the care, custody, control, management, and possession of said bank, the deposits of which were then insured by the Federal Deposit Insurance Company (FDIC) and in committing such offense, the defendants, **MARK JOHNSON AND ANOTCHE WIX**,did assault another person and put in jeopardy the life of another person by the use of a dangerous weapon, that is a firearm, in violation of Title 18 United States Code, Section 2113(a)and(d).

I further state that I am a Special Agent, Federal Bureau of Investigation (Official Title) and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part hereof: X Yes ___ No

Signature of Complainant
**DAVID R. RIKER**
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

**February 22, 2008** at NEW ORLEANS, LOUISIANA

Date City and State

___ Fee
✓ Process 3(CC USM & ...)
X Dktd
___ CtRmDep
___ Doc. No.

HONORABLE LOUIS MOORE, JR.
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT

I, DAVID R. RIKER, being duly sworn, do hereby depose and state:

1) I am a Special Agent (SA), with the Federal Bureau of Investigation (FBI) in New Orleans, Louisiana, and have been so employed in that capacity for approximately nine (9) years. I currently am assigned to the violent crime squad and my duties include, but are not limited to, the investigation of bank robberies, kidnappings, and fugitives.

2) The information contained in this affidavit is based upon the investigation conducted by the FBI along with the New Orleans Police Department. Since this affidavit is submitted only for the limited purpose of securing a criminal complaint, I have not set forth each and every fact known to me concerning this investigation. I have included what I believe are facts sufficient to establish probable cause for the complaint sought.

3) At approximately 1:30 p.m. on Thursday, February 14, 2008, two black males attempted to rob the First Bank And Trust located at 4550 General DeGaulle Drive in New Orleans, Louisiana. Robber #1 entered the bank carrying a bag and pulled a ski mask down over his face. Robber #1 announced, "This is a robbery. Everybody get down." Robber #2 entered the bank closely behind robber #1 carrying an SKS type assault rifle. The robbers immediately encountered an off-duty New Orleans Police Officer in uniform who was working a paid security detail and who was sitting in a small conference room adjacent to the lobby. The officer observed the robbers enter the bank and immediately drew his service weapon and fired three rounds at the robbers who, after seeing the officer, turned and ran out of the bank without receiving any bank funds. Robber #2 did not fire his weapon and dropped the rifle he was carrying near the bank. Evidence and witness interviews inside and outside the bank indicated that one of the robbers was wounded in the head by the police officer's gunfire. Bank surveillance video did not record the robbers inside the bank due to their brief time inside the bank before they encountered the officer. The rifle was recovered and was loaded with one round inside the chamber.

4) The robbers fled on foot into a nearby residential neighborhood. The officer immediately notified police dispatch on his portable radio. At approximately 1:40 p.m., responding police units located a black male individual in the neighborhood near the bank. The detail officer at the bank positively identified the individual located in the neighborhood as robber #2 who brandished the rifle inside the bank. The individual was identified as MARK JOHNSON, black male, born December 16, 1981. JOHNSON showed no signs of injury. The other robber was not located.

5) After being advised of his Constitutional rights, JOHNSON agreed to be interviewed and admitted to New Orleans Police Department (NOPD) Homicide Unit Detectives to entering the First Bank And Trust with a rifle earlier that day with an intention of committing a robbery. JOHNSON advised detectives that the other individual that entered the bank with him was ANOTCHE WIX. JOHNSON provided a telephone number for WIX to the detectives and also

advised that WIX lives in the "cutoff" area of the New Orleans Westbank. An FBI query of the telephone number determined the telephone number was subscribed to Tomeka Lewis with an address of 4369 Maple Leaf Drive, New Orleans, Louisiana. The address is considered to be in the "cutoff" area.

6) On Friday, February 15, 2008, the NOPD Homicide Detectives executed a state search warrant at the address of 4369 Maple Leaf Drive, New Orleans, Louisiana. Tomeka Lewis was contacted at the residence and advised that WIX is her cousin and lives with her and her children. WIX was not home at the time. Lewis advised that her fifteen-year-old daughter told her that she saw WIX at their home in the late afternoon of Thursday, February 14, 2008. WIX had an injury to the back of his head. WIX told his niece that he was injured while he was running from the police. Lewis also advised she saw WIX at their home this morning. WIX had cut his hair short and Lewis also observed an injury to the back of his head. Detectives located inside the clothes washing machine a men's, size-large tank type T-shirt with what appeared to be possible blood stains on the back of the shirt.

7) ANOTCHE WIX is a black male, born September 14, 1981, Social Security Account Number 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.

8) The deposits of the First Bank And Trust are insured by the Federal Deposit Insurance Corporation, an agency of the federal government.

9) Based on the above information, Affiant believes there is probable cause to believe that MARK JOHNSON and ANOTCHE WIX attempted to commit the robbery of the First Bank And Trust located at 4550 General DeGaulle Drive, New Orleans, Louisiana, on October 14, 2008; in violation of Title 18, United States Code, Section 2113(a)(d).

DAVID R. RIKER
Special Agent, Federal Bureau of Investigation

Sworn to before me and subscribed in my presence at New Orleans, Louisiana, on this 22nd day of February, 2008.

LOUIS MOORE, JR.
United States Magistrate Judge